IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

Weisman Discount Home Centers, Inc.  CASE NO.: 09-12741/BLS
Weisman Holdings Corp.  CHAPTER 7

Debtor(s).

Hearing Date: October 12, 2016 at 9:00 A.M.
Objection Date: October 4, 2016 at 4:00 P.M.

Related Doc.: _____

## ORDER TO PAY UNCLAIMED DISTRIBUTIONS TO THE CLERK OF THE COURT

IT IS ORDERED that Trustee shall pay a check dividend in the amount of two thousand four hundred seventy-nine dollars and ninety-seven cents ($2,479.97) to the Clerk, United States Bankruptcy Court for the District of Delaware, representing unclaimed distributions as follows:

| Claim # | Name | Address | City | State | Zip | Paid |
|---|---|---|---|---|---|---|
| 13 | Acculift Sales, Inc. | P. O. Box 540899 | Flushing | NY | 11354 | 32.63 |
| 112U | Joseph, James | 806 East 37th Street | Brooklyn | NY | 11210 | 8.02 |
| 112P | Joseph, James | 806 East 37th Street | Brooklyn | NY | 11210 | 2,425.00 |
| 45-2 | R&J McGonnigal Consultants | 74 Fifth Avenue | Brooklyn | NY | 11217 | 14.32 |

HONORABLE BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

Ordered this 5th day of October, 2016